UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-1233__        Caption: __Grathwol, et al. v. Coastal Carolina Developers, Inc., et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Robin Dale Grathwol__
(name of party/amicus)

who is _____Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?   ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?   ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?   ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☑ YES ☐ NO
If yes, identify any trustee and the members of any creditors' committee:
None; Final Decree entered in the Chapter 11 proceeding case number 12-00294-8-SWH on December 5, 2014.

Signature: s/George Mason Oliver          Date: 3/19/2015

Counsel for: Robin Dale Grathwol

## CERTIFICATE OF SERVICE
**************************

I certify that on 3/19/2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

David J. Haidt, Esq.
Ayers, Haidt & Trabucco, P.A.
PO Box 1544
New Bern, NC  28563
Counsel for Defendants-Appellees Coastal Carolina Developers, Inc., W and B Investment Company, Inc. Coswald, LLC, B. Leon Skinner, & Walter T. Wilson

F. Darryl Mills, Esq.
Jackson, Mills & Carter, PA
5710 Oleander Drive, Suite 112
Wilmington, NC  28403
Counsel for Defendants-Appellees Coastal Carolina Developers, Inc., W and B Investment Company, Inc.

s/George Mason Oliver                                     3/19/2015
(signature)                                                              (date)

- 2 -