# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1233__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Coastal Carolina Developers, Inc., B. Leon Skinner, BLS Lands, LLC, Walter T. Wilson and Coswald, LLC _____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ David J. Haidt
(signature)

David J. Haidt                          252-638-2955
Name (printed or typed)                 Voice Phone

Ayers & Haidt, PA                       252-638-3293
Firm Name (if applicable)               Fax Number

PO Box 1544

New Bern, NC  28563                     davidhaidt@embarqmail.com
Address                                 E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on __March 26, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| F. Darryl Mills, Esq.<br>Jackson, Mills & Carter, PA<br>5710 Oleander Drive, Suite 112<br>Wilmington, NC 28403<br>Counsel for Defendants-Appellees Coastal Carolina Developers, Inc., B. Leon Skinner, BLS Lands, LLC, Walter T. Wilson and Coswald, LLC | George Mason Oliver<br>The Law Offices of Oliver & Cheek<br>PO Box 1548<br>New Bern, NC  28563<br>Counsel for Plaintiffs - Appellants |

/s/ David J. Haidt                                  March 26, 2015
Signature                                           Date

05/07/2014
SCC