UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2015

_____

DOCKET CORRECTION NOTICE
_____

No.    15-1233 (L),    Robin Grathwol v. Coastal Carolina Developers
                      7:14-cv-00082-F,12-00294-8-SWH, 13-00023-8-SWH

TO:    David James Haidt

BRIEF OR APPENDIX CORRECTION DUE:  August 31, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[ x ] See Checklist: Please make corrections identified on attached checklist.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Consolidated Brief: Parties on the same side must file one consolidated brief. Please file a consolidated brief unless grounds exist for a motion to file separate briefs under Local Rule 28(d).

Joy Hargett Moore, Deputy Clerk
804-916-2702